UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-po-0184 CKD |
| Plaintiff, | |
| v. | REFUND ORDER |
| YESENIA E. ARROYO, | |
| Defendant. | |

On September 9, 2025, the government moved to dismiss the citation CA18/E2145928 without prejudice and this motion was granted by the court. For reasons unknown by the court, on September 11, 2025, the defendant paid $280.00 to the Central Violations Bureau.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $280.00 due to overpayment.

IT IS SO ORDERED.

Dated: September 30, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1